# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:01-cr-0319-RLH-RJJ |
| vs. | ) | **O R D E R** |
| KEITH ALAN MOSLEY, | ) | |
| Defendant. | ) | |

The Defendant, by and through the Federal Public Defender, and the United States, by and through Assistant U.S. Attorney Peter Levitt, have filed a Joint Stipulation for Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) (#32, filed November 21, 2011). Accordingly,

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent the Defendant.

IT IS FURTHER ORDERED that the Probation Office shall prepare a Supplemental Presentence Report, which shall address whether the Defendant qualifies for an adjustment of the sentence pursuant to the amended Cocaine Base guidelines, shall provide the court with a Progress Report from the Bureau of Prisons, and shall advise the court of the applicable and recommended guideline range. The Supplemental Presentence Report shall be served upon the Federal Public Defender, the United States Attorney and the court within ten (10) days of the date of this Order.

/ / / /

/ / / /

1    IT IS FURTHER ORDERED that upon the filing of the Supplemental Presentence Report, this matter shall be submitted to the court for entry of an Order Amending the Judgment as the defendant has waived any hearing in this matter

    IT IS FURTHER ORDERED that the parties shall serve the office of United States Probation with any pleadings or documents filed pursuant to this Order.

    Dated: November 28, 2011.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE