# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:01-cr-0319-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Early Termination–#37) |
| KEITH ALAN MOSLEY, | |
| Defendant. | |

Before the Court is Defendant Mosley's **Motion for Early Termination of Supervised Release** (#37, filed February 4, 2013). Upon the filing of the Motion, Mosley had served 14 months of a 5-year term of supervised release. He notes his compliance with all conditions of release, including obtaining employment and avoiding contact with law enforcement. He also argues that he has opened his own business, CTS, which is affiliated with concerts, tours, and shows, and which requires him to travel to other states. His family, and his fiancé live in California, and he would like to relocate there. He describes his behavior, during his supervised release, as "exceptionally good behavior," thus qualifying him for early termination of his supervised release.

The Court disagrees for the following reasons:

First, Defendant has already had the benefit of two reductions in his sentence, reducing it from 188 months to 120 months.

Second, a year of compliance is not tantamount to "exceptionally good behavior."

Third, he played an aggravated role in the offense of conviction, particularly large drug and fraud offenses and has an extensive criminal history involving drug and weapon convictions and has numerous arrests involving weapons, armed robbery, and drugs.

Fourth, during his arrest, he fled from law enforcement officers and created a substantial risk of death and/or injury to the public. When officers tried to initiate a traffic stop, he failed to stop, and accelerated, driving toward oncoming traffic, through a parking lot, running stop signs, disobeying traffic signals, and striking one law enforcement vehicle during the pursuit.

IT IS THEREFORE ORDERED that Defendant Mosley's Motion for Early Termination of Supervised Release (#37) is denied.

Dated: February 12, 2013

_____
ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)